IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-00989-RPM

UNITED STATES OF AMERICA For the Use and Benefit of
FRONTIER MECHANICAL, INC.,

      Plaintiff,

v.

PATRICIA I. ROMERO, INC.DBA PACIFIC WEST BUILDERS; and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA;

      Defendants.

_____

ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
_____

Upon review of the joint motion to amend the scheduling order [Doc. 17], it is

ORDERED that the motion is granted and deadlines are extended as follows:

| | | | |
|---|---|---|---|
| 1. | Fact Discovery Cutoff: | | August 21, 2015 |
| 2. | Expert Discovery Cutoff: | | January 15, 2016 |
| 3. | Cutoff to file Dispositive Motions | | January 29, 2016 |
| 4. | Deadline for the party bear the burden of persuasion on the issues for which expert opinion is to be offered to designate and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) | | July 24 2015 |
| 5. | Deadline for parties to designate and submit all contracting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) | | August 25, 2015 |
| 6. | Deadline for Rebuttal opinions | | September 25, 2015 |

Dated: March 5th , 2015

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge