IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-00989-RPM

UNITED STATES OF AMERICA For the Use and Benefit of
FRONTIER MECHANICAL, INC.,

        Plaintiffs,

vs.

PATRICIA I. ROMERO, INC., dba PACIFIC WEST BUILDERS;
TRAVELERS CASUALTY AND SURETY COMPANY OF
AMERICA; and
PATRICIA I. ROMERO, individually,

        Defendants,

PATRICIA I. ROMERO, INC., dba
PACIFIC WEST BUILDERS,

        Counter Claimant/Cross-Claimant,

vs.

FRONTIER MECHANICAL, INC.;
EMPLOYERS MUTUAL CASUALTY COMPANY,

        Counter Defendants/Cross-Defendants.

**ORDER GRANTING JOINT MOTION
TO AMEND PRETRIAL SCHEDULING ORDER**

Upon review of the joint motion to amend scheduling order [Doc. 24], and good cause appearing it is ORDERED that the motion is granted and deadlines are extended as follows:

| | | |
|---|---|---|
| 1. | Fact Discovery Cutoff: | March 25, 2016 |
| 2. | Expert Discovery Cutoff: | August 19, 2016 |
| 3. | Cutoff to file Dispositive Motions: | September 2, 2016 |
| 4. | Deadline for the parties to bear the burden of persuasion on the issues which expert opinion is to be offered to designate and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) | February 26, 2016 |
| 5. | Deadline for parties to designate and and submit all contracting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) | April 1, 2016 |
| 6. | Deadline for Rebuttal opinions | April 29, 2016 |
| 7. | Employers Mutual Casualty Company Rule 26(a)(1) Initial Disclosures | September 15, 2015 |

Dated: July 21, 2015

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

2