# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

**Civil Action No.**: **14-cv-00989-RPM**

---

**UNITED STATES OF AMERICA For the Use and Benefit of FRONTIER MECHANICAL, INC.,**

Plaintiffs,

vs.

**PATRICIA I. ROMERO, INC., dba PACIFIC WEST BUILDERS; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and PATRICIA I. ROMERO, individually,**

Defendants,

**PATRICIA I. ROMERO, INC., dba PACIFIC WEST BUILDERS,**

Counter Claimant/Cross-Claimant,

vs.

**FRONTIER MECHANICAL, INC.; EMPLOYERS MUTUAL CASUALTY COMPANY,**

Counter Defendants/Cross-Defendants.

---

## ORDER GRANTING JOINT MOTION
## TO AMEND PRETRIAL SCHEDULING ORDER

Upon review of the joint motion to amend scheduling order [Doc. 30], and good cause appearing, it is ORDERED that the motion is granted and deadlines are extended as follows:

| | | |
|---|---|---|
| 1. | Fact Discovery Cutoff: | August 26, 2016 |
| 2. | Expert Discovery Cutoff: | January 20, 2017 |
| 3. | Cutoff to file Dispositive Motions: | February 3, 2017 |
| 4. | Deadline for the parties to bear the burden of persuasion on the issues which expert opinion is to be offered to designate and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) | July 27, 2016 |
| 5. | Deadline for parties to designate and and submit all contracting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) | September 2, 2016 |
| 6. | Deadline for Rebuttal opinions | September 30, 2016 |

Dated:  November 20, 2015

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge